1  David S. Richman, Esq. (State Bar No. 94325)
   STEPHAN, ORINGHER, RICHMAN,
2  THEODORA & MILLER, P.C.
   2029 Century Park East, Sixth Floor
3  Los Angeles, California 90067-2907
   Telephone: (310) 557-2009
4  Facsimile: (310) 551-0283
   Email: drichman@sortm.com
5
   Attorneys for Defendants Bogen
6  Communications, Inc., and Brad Winsett,
   and Counterclaimant Bogen
7  Communications, Inc.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12  ADVANCED MANUFACTURING           Case No. C 06-02143 CW
    AND DEVELOPMENT, INC., a
13  California Corporation, dba METALfx,   **STIPULATION AND [PROPOSED]
                                       ORDER DISMISSAL OF ACTION**
14          Plaintiff,

15      vs.

16  BOGEN COMMUNICATIONS, INC.,
    a Delaware Corporation, BRAD
17  WINSETT, an individual and dba
    WINSETT CONSULTING, and Does 1
18  - 50, inclusive,

19          Defendants.

20  BOGEN COMMUNICATIONS, INC.,

21          Counterclaimant,

22      vs.

23  ADVANCED MANUFACTURING
    AND DEVELOPMENT, INC., dba
24  METALfx,

25          Counter-Defendant.

26

27

28

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff Advanced Manufacturing and Development, Inc., dba METALfx ("AMD"), and Defendants Bogen Communications, Inc. ("Bogen"), and Brad Winsett ("Winsett"), (collectively "Parties"), that this entire action, consisting of the Complaint and Counterclaims, be dismissed with prejudice. The Parties have reached a settlement, signed a settlement agreement, and completed the terms and conditions of the settlement.

DATED: June 27, 2006

PASSALACQUA, MAZZONI, GLADDEN, LOPEZ & MARAVIGLIA, LLP

By: _____
Daniele L. Maraviglia
Attorneys for Plaintiff Advanced Manufacturing and Development, Inc., dba METALfx

DATED: June 27, 2006

STEPHAN, ORINGHER, RICHMAN, THEODORA & MILLER, P.C.

By: _____
David S. Richman
Attorneys for Defendants Bogen Communications, Inc., and Brad Winsett, and Counterclaimant Bogen Communications, Inc.

## ORDER

IT IS HEREBY ORDERED that this entire action, consisting of the Complaint and Counterclaims, be dismissed with prejudice, based on the settlement reached by the Parties.

DATED:  7/7/06          By: _____
                            *[signature]*
                            United States District Court Judge